# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RYAN JONES | Case No.: 18cv2173-LAB (AGS) |
|---|---|
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION; AND** |
| v. | |
| RAYMOND MADDEN | **ORDER GRANTING MOTIONS FOR WITHDRAWAL AND ABEYANCE** |
| Respondent. | |

Petitioner Ryan Jones, a prisoner in state custody, filed his habeas petition in this case, which included unexhausted claims. He then filed motions for withdrawal and abeyance, which were referred to Magistrate Judge Andrew Schopler for report and recommendation. Respondent did not oppose the motions. On January 24, Judge Schopler issued his report and recommendation (the "R&R"), which recommended granting the motions. Respondent filed no objections to the R&R.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This

section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

The Court **ADOPTS** the unobjected-to R&R. Jones' unopposed motions for withdrawal and abeyance are **GRANTED**. His unexhausted claims (claims 3–6) are **DISMISSED** and the remainder of the petition is **STAYED**. Jones is **ORDERED** to file written status reports summarizing his efforts to exhaust his dismissed claims. He must file his first report by **April 1, 2020**, and a report every three months thereafter (July 1, 2020; October 1, 2020; and so on).

Jones is reminded that he must proceed with diligence to take all steps necessary to prosecute his claims, and that failing to do this may amount to abandonment of his claims. If he needs more time to file a report, he should file an *ex parte* motion asking for more time, and explaining why he needs it. Judge Schopler, or any other Magistrate Judge assigned to this case, is authorized to grant extensions of time, based on good cause. Judge Schopler or any other Magistrate Judge assigned to the case is also authorized to require Jones to clarify his reports or provide additional information.

**IT IS SO ORDERED**.

Dated: February 10, 2020

_____
Honorable Larry Alan Burns
Chief United States District Judge